896

(November 6, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK v. LUMUMBA ABDUL SHAKUR et al.— Motion pursuant to section 593 of the Judiciary Law in all respects denied. Concur— Capozzoli, J. P., McGivern, Markewich, McNally and Steuer, JJ.

SECOND DEPARTMENT, MAY, 1969

(May 28, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID ANTONIO, Relator, v. WARDEN OF BROOKLYN HOUSE OF DETENTION FOR MEN, Respondent.— Application for a writ of habeas corpus denied. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Kleinfeld, JJ., concur.

SECOND DEPARTMENT, AUGUST, 1969

(August 19, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS M. KLEIN, SR., Appellant, v. ARTHUR E. KRUEGER, as Warden of Nassau County Jail, Respondent.— Appeal by relator from a judgment of the Supreme Court, Nassau County, dated July 31, 1969, dismissing his writ of habeas corpus. Judgment reversed, on the law and in the exercise of discretion, and application granted to the extent that bail is fixed in the amount of $125,000. In our opinion it was an abuse of discretion to refuse to fix bail in any amount. Beldock, P. J., Brennan, Rabin, Munder and Kleinfeld, JJ., concur.